# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

| | | |
|---|---|---|
| CHOICE PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:04-1870-10 |
| | ) | |
| vs. | ) | |
| | ) | |
| ENERSYS, INC. and JACKSON | ) | **CONSENT ORDER OF DISMISSAL** |
| LEWIS, LLP, | ) | **WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |

IT APPEARING TO THE COURT that the above-captioned action has been resolved by and among Plaintiff, Choice Phillips, and Defendants, EnerSys, Inc. a/k/a EnerSys Delaware, Inc., and Jackson Lewis LLP f/k/a Jackson, Lewis, Schnitzler & Krupman (collectively, the "parties"); and

AND IT FURTHER APPEARING THAT the parties have agreed to dismiss this action, including, without limitation, any and all cross-claims asserted therein, with prejudice;

NOW, THEREFORE, with the consent of the parties, by and through their undersigned counsel, is it hereby ORDERED that the above-captioned action shall be, and is hereby, forever DISMISSED with PREJUDICE as to all parties and claims, with each party to bear its own costs and attorneys fees.

AND IT IS SO ORDERED this 14th day of June, 2006.


 S/Matthew J. Perry
Senior U.S. District Court Judge

Columbia, South Carolina

CLT:963815.1

**WE CONSENT:**

s/ Armand Derfner

Armand Derfner (FED. ID. #502)
D. Peters Wilborn, Jr. (FED. ID. #7609)
DERFNER, ALTMAN & WILBORN, LLC
40 Calhoun Street, Suite 401
PO Box 600
Charleston, SC  29402

*ATTORNEYS FOR PLAINTIFF*
*CHOICE PHILLIPS*

**WE CONSENT:**

s/ A. Camden Lewis
_____
A. Camden Lewis (FED. I.D. #2669)
Keith Babcock (FED I.D. #1143)
LEWIS & BABCOCK
1513 Hampton Street
PO Box 11208
Columbia, South Carolina  29211
(803) 771-8000

**WE CONSENT:**

s/ Susan Taylor Wall
Susan Taylor Wall (FED. ID. #4502)
PARKER POE ADAMS & BERNSTEIN, LLP
200 Meeting Street, Suite 301
Post Office Box 160 (29402)
Charleston, SC  29401

*ATTORNEYS FOR DEFENDANT*
*JACKSON LEWIS LLP*